DENNIS J. HERRERA, State Bar #36508
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
MARGARET W. BAUMGARTNER, State Bar #151764
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Facsimile:     (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
and SHERIFF MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL BROWN Sr., individually and as personal representative of the Estate of decedent EARL BROWN Jr.; HELEN BROWN, individually and as personal representative of the Estate of decedent EARL BROWN Jr.,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; SAN FRANCISCO SHERIFF'S DEPARTMENT, a municipal corporation; SERIFF MICHAEL HENNESSEY, in his capacity as SHERIFF for the City and County of San Francisco; DOES 1-25, inclusive; individually and in their official capacities as SHERIFF'S DEPUTIES for the City and County of San Francisco,<br><br>                    Defendants. | Case No. C11-02162 LB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing Date:   October 6, 2011<br>Time:           11:00 a.m.<br>Place:          1301 Clay St., Oakland<br><br>Trial Date:     Not Set |

1  The undersigned parties, through counsel, STIPULATE and AGREE and jointly request modification of Magistrate Judge Laurel Beeler's August 31, 2011 Order Granting Motion To Enlarge Time To File Opposition by continuing the Motion to Dismiss hearing from October 6, 2011 to October 13, 2011.

The parties make this request based on the following circumstances:

1. Defendants initially scheduled the hearing on this matter for September 1, 2011.

2. On August 31, 2011, the Court issued an order altering the briefing schedule and rescheduling the hearing for October 6, 2011.

3. Due to a long preplanned vacation, and another court hearing in a different matter, neither counsel for the City is able to appear on October 6, 2011.

4. No other dates will be affected by this requested change.

For the aforementioned reasons, the parties jointly request that the Motion to Dismiss hearing currently scheduled for October 6, 2011 be continued to October 13, 2011, or beyond, if more convenient for the Court.

**IT IS SO STIPULATED.**

Dated:  September 13, 2011

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SEAN F. CONNOLLY
Deputy City Attorneys

By:  s/*Sean F. Connolly*
SEAN F. CONNOLLY
Deputy City Attorney
Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated:  September 13, 2011

LAW OFFICES OF JOHN L. BURRIS

By:  s/*Benjamin Nisenbaum*
BENJAMIN NISENBAUM

Attorneys for Plaintiffs
EARL BROWN SR., et al.

Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

**ORDER**

Based on the above stipulation, and for good cause appearing, IT IS ORDERED that the Motion to Dismiss hearing be continued from October 6, 2011, to October 13, 2011.

Dated: September 15, 2011

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE