DENNIS J. HERRERA, State Bar #36508
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
MARGARET W. BAUMGARTNER, State Bar #151764
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Facsimile:     (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
and SHERIFF MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL BROWN Sr., individually and as personal representative of the Estate of decedent EARL BROWN Jr.; HELEN BROWN, individually and as personal representative of the Estate of decedent EARL BROWN Jr., <br><br><div align=center>Plaintiffs,</div><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; SAN FRANCISCO SHERIFF'S DEPARTMENT, a municipal corporation; SERIFF MICHAEL HENNESSEY, in his capacity as SHERIFF for the City and County of San Francisco; DOES 1-25, inclusive; individually and in their official capacities as SHERIFF'S DEPUTIES for the City and County of San Francisco,<br><br><div align=center>Defendants.</div> | Case No. C11-02162 LB<br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing Date:          October 6, 2011<br>Time:                         11:00 a.m.<br>Place:                        1301 Clay St., Oakland<br><br>Trial Date:               Not Set |

Stipulation and ~~Proposed~~ Order Continuing Motion to
Dismiss Hearing; Brown v. CCSF, **C11-02162 LB**                    1                    c:\documents and settings\workstation\local
settings\temp\notes95ec0b\00722687.doc

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request modification of Magistrate Judge Laurel Beeler's August 31, 2011 Order Granting Motion To Enlarge Time To File Opposition by continuing the Motion to Dismiss hearing from October 6, 2011 to October 13, 2011.

The parties make this request based on the following circumstances:

1.      Defendants initially scheduled the hearing on this matter for September 1, 2011.

2.      On August 31, 2011, the Court issued an order altering the briefing schedule and rescheduling the hearing for October 6, 2011.

3.      Due to a long preplanned vacation, and another court hearing in a different matter, neither counsel for the City is able to appear on October 6, 2011.

4.      No other dates will be affected by this requested change.

For the aforementioned reasons, the parties jointly request that the Motion to Dismiss hearing currently scheduled for October 6, 2011 be continued to October 13, 2011, or beyond, if more convenient for the Court.

**IT IS SO STIPULATED.**

Dated:  September 13, 2011                    DENNIS J. HERRERA
                                             City Attorney
                                             JOANNE HOEPER
                                             Chief Trial Deputy
                                             SEAN F. CONNOLLY
                                             Deputy City Attorneys

                                        By:  *s/Sean F. Connolly*
                                             SEAN F. CONNOLLY
                                             Deputy City Attorney
                                             Attorneys for Defendants CITY AND COUNTY OF
                                             SAN FRANCISCO, et al.

Dated:  September 13, 2011                    LAW OFFICES OF JOHN L. BURRIS

                                        By:  *s/Benjamin Nisenbaum*
                                             BENJAMIN NISENBAUM

                                             Attorneys for Plaintiffs
                                             EARL BROWN SR., et al.

                                             Pursuant to General Order 45, §X.B., the filer of this
                                             document attests that he has received the concurrence of
                                             this signatory to file this document.

1

**AMENDED ORDER**

2        Based on the above stipulation, and for good cause appearing, IT IS ORDERED that the

3  Motion to Dismiss hearing be continued from October 6, 2011, to October 20, 2011 at 11:00 a.m.

4

5  Dated: September 20, 2011

6                                                    THE HONORABLE LAUREL BEELER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28