1  DENNIS J. HERRERA, State Bar #36508
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  SEAN F. CONNOLLY, State Bar #152235
   MARGARET W. BAUMGARTNER, State Bar #151764
4  Deputy City Attorney
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3863
   Facsimile:     (415) 554-3837

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  and SHERIFF MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL BROWN Sr., individually and as personal representative of the Estate of decedent EARL BROWN Jr.; HELEN BROWN, individually and as personal representative of the Estate of decedent EARL BROWN Jr.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; SAN FRANCISCO SHERIFF'S DEPARTMENT, a municipal corporation; SHERIFF MICHAEL HENNESSEY, in his capacity as SHERIFF for the City and County of San Francisco; DOES 1-25, inclusive; individually and in their official capacities as SHERIFF'S DEPUTIES for the City and County of San Francisco,<br><br>Defendants. | Case No. C11-02162 LB<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE CASE MANAGEMENT AND PRETRIAL ORDER**<br><br>Trial Date:          June 9, 2014 |

    The undersigned parties, through counsel, STIPULATE and AGREE and jointly request to

modify and amend Magistrate Judge Beeler's Case Management and Pretrial Order of April 13, 2012,

to correct the due dates that were set for Saturdays to the prior Fridays, and to correct the dates for

Stipulation and Proposed Order Correcting CM Order;    1            n:\lit\li2011\101101\00769992.doc
Brown v. CCSF, **C11-02162 LB**

1  hearing dispositive motions and the final pretrial conference so that they are in conformance with
2  Magistrate Judge Beeler's calendar, and to correct the location as Magistrate Judge Beeler has been
3  reassigned to the United States District Court in San Francisco.  The Case Management Order shall
4  reflect the following:

All hearings shall be held in Courtroom C, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

|  | Current Date | New Date |
|---|---|---|
| Non-expert discovery completion date | January 11, 2014 | January 10, 2014 |
| Expert disclosures required by Federal Rules of Civil Procedure | January 11, 2014 | January 10, 2014 |
| Rebuttal expert disclosures | January 25, 2014 | January 24, 2014 |
| Expert Discovery Completion Date | February 22, 2014 | February 21, 2014 |
| Last hearing date for dispositive motions and/or further case management conference | April 4, 2014 @ 11:00 a.m. | April 3, 2014 @ 11:00 a.m. |

**IT IS SO STIPULATED.**

Dated:  April 27, 2012

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SEAN F. CONNOLLY
Deputy City Attorneys

By:   s/*Sean F. Connolly*
SEAN F. CONNOLLY
Deputy City Attorney
Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated:  April 27, 2012

LAW OFFICES OF JOHN L. BURRIS

By:  s/*Benjamin Nisenbaum*
BENJAMIN NISENBAUM
Attorneys for Plaintiffs
EARL BROWN SR., et al.

Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

**ORDER**

Based on the above amended stipulation, and for good cause appearing, IT IS ORDERED as follows:

All hearings shall be held in Courtroom C, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

<u>January 10, 2014</u>, Non-expert discovery completion date

<u>January 10, 2014</u>, Expert disclosures required by Federal Rules of Civil Procedure

<u>January 24, 2014</u>, Rebuttal expert disclosures

<u>February 21, 2014</u>, Expert discovery completion date

<u>April 3, 2014 at 11:00 a.m.</u>, Last hearing date for dispositive motions and/or further case management conference.

Dated: May 1, 2012

THE HONORABLE LAUREL BEELER