UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| EARL BROWN SR., et al., | No. C 11-02162 LB |
| Plaintiffs, | **ORDER ADMINISTRATIVELY CLOSING THIS ACTION** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |
| _____/ | |

Because the parties settled this action and put their settlement on the record before Magistrate Judge Spero, *see* ECF No. 115, there appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to administratively close this action. The parties nevertheless shall file a dismissal of this action upon the approvals of the Board of Supervisors and the Sheriff's Office.

Nothing contained in this order shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: September 30, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 11-02162 LB
ORDER