JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL BROWN, Sr., individually and as personal representative of the Estate of decedent EARL BROWN Jr.; HELEN BROWN, individually and as personal representative of the Estate of decedent EARL BROWN Jr.;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; MICHAEL HENNESSEY, in his capacity as Sheriff for the CITY AND COUNTY OF SAN FRANCISCO; DOES 1-25, inclusive,<br><br>Defendants. / | Case No.  C11-02162 LB<br><br>**NOTICE OF DISMISSAL AND (~~PROPOSED~~) ORDER** |

**TO THE COURT AND ALL PARTIES in the above–entitled action:**

The parties in the above-entitled action have reached a settlement resolving all the causes of action. The parties have prepared and fully executed a Settlement Agreement and General Release reciting the terms of the settlement.

In addition, the Defendants have tendered the agreed upon Settlement draft to Plaintiff upon filing of this dismissal.  Therefore, Plaintiff respectfully requests that future court dates in this action be vacated from

the Court's calendar, and that this Court dismiss the matter with prejudice.

Respectfully Submitted,

Dated: November 4, 2014                  **THE LAW OFFICES OF JOHN L. BURRIS**

<u>/s/Benjamin Nisenbaum</u>
Benjamin Nisenbaum
Attorney for Plaintiffs

**ORDER**

**IT IS SO ORDERED.**

Dated: November 5, 2014

HONORABLE LAUREL BEELER
United States Magistrate Judge

NOTICE OF DISMISSAL AND (PROPOSED) ORDER                                             2